Argued January 21, affirmed January 28, petition for rehearing denied February 23, petition for review denied April 11, 1972

In the Matter of Larry Martin Capote, a Child

## STATE EX REL JUVENILE DEPARTMENT OF JACKSON COUNTY, *Respondent, v.* LARRY MARTIN CAPOTE, a Child (9673), *Appellant.*

492 P2d 807

*Robert H. Grant,* Medford, argued the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, Salem, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Weidner,* 6 Or App 317, 487 P2d 1385 (1971).